**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| eSILICON CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SILICON SPACE TECHNOLOGY CORPORATION, a Delaware Corporation, <br><br> Defendant. | Case No. 3:11-cv-06184-EDL <br><br> **[PROPOSED] ORDER GRANTING STIPULATION CONTINUING THE APRIL 10, 2012 HEARING DATE** <br><br> Date: April 17, 2012 <br> Courtroom: E-15th Floor <br> Time: 9:00 a.m. |

The Court, having considered the joint stipulation filed by Plaintiff eSilicon Corporation ("eSilicon") through its counsel of record and Defendant Silicon Space Technology Corporation ("SST") through its counsel of record, PURSUANT TO THE STIPULATION THE COURT HEREBY GRANTS the parties stipulation to briefly continue the April 10, 2012 hearing regarding SST's Motion to Dismiss and Initial Case Management Conference to April 17, 2012 at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management statement shall be due no later than April 10, 2012.

///

///

1
[PROPOSED] ORDER CONTINUING HEARING DATE
CASE NO. 3:11-CV-06184-EDL

1  IT IS SO ORDERED.

4  Dated: __March 13__, 2012

   _____
   ELIZABETH D. LAPORTE
6  US1 32348655.1                UNITED STATES MAGISTRATE JUDGE