RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
RYAN TYZ (CSB No. 234895)
rtyz@fenwick.com
MEREDITH L. ERDMAN (CSB No. 273126)
merdman@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for Plaintiff
eSILICON CORPORATION

DENISE M. DE MORY (SBN 168076)
ddemory@dl.com
LINDSAY WHITE (SBN 261610)
linwhite@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone:     650.845.7000
Facsimile:     650.845.7333

Attorneys for Defendant
SILICON SPACE TECHNOLOGY
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| eSILICON CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SILICON SPACE TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>    Defendant. | Case No. C-11-06184<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process: Private Mediation with
4  Dean M. Kilgore.
5  The parties agree to hold the ADR session by May 4, 2012.
6  The parties further agree to hold another private mediation at a later date and with a
7  provider to be agreed upon by the parties if the earlier mediation is unsuccessful.

Dated: March 27, 2012        FENWICK & WEST LLP

By: /s/ Rodger R. Cole
Rodger R. Cole
Attorneys for Plaintiff
eSILICON CORPORATION

Dated: March 27, 2012        DEWEY & LEBOEUF LLP

By: /s/ Denise M. De Mory
Denise M. De Mory
Attorneys for Defendant
SILICON SPACE TECHNOLOGY
CORPORATION

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                  2        CASE NO. C-11-06184-EDL

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I, Rodger R. Cole, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of March, 2012, at Mountain View, California.

By: /s/ Rodger R. Cole
Rodger R. Cole

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

3

CASE NO. C-11-06184-EDL

**[~~PROPOSED~~] ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: __March 28, 2012_____     _____
                                   Honorable Elizabeth D. Laporte