RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
RYAN TYZ (CSB No. 234895)
rtyz@fenwick.com
THEIS FINLEV (CSB No. 264879)
tfinlev@fenwick.com
MEREDITH L. ERDMAN (CSB No. 273126)
merdman@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| eSILICON CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILICON SPACE TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C-11-06184<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER                      CASE NO. C-11-06184-EDL

1 | Plaintiff eSilicon Corporation ("eSilicon") and Defendant Silicon Space Technology, Inc. ("SST") hereby, pursuant to Federal Rule of Civil Procedure 15(a)(2), stipulate as follows:

(1) eSilicon shall file a second amended complaint on or before June 4, 2012, which includes the copies of the works for which a copyright application was filed by eSilicon (to be filed pursuant to a motion seal); and

(2) SST shall file a response to eSilicon's second amended complaint on or before June 18, 2012, and SST need not file a response to eSilicon's first amended complaint which was filed on May 18, 2012.

IT IS SO AGREED.

Dated: May 25, 2012　　　　　　　　　　FENWICK & WEST LLP


By:  /s/ Ryan Tyz
　　　Ryan Tyz
　　　Attorneys for Plaintiff
　　　eSILICON CORPORATION

Dated: May 25, 2012　　　　　　　　　　DEWEY & LEBOEUF LLP


By:  /s/ Sommer Coutu
　　　Sommer Coutu
　　　Attorneys for Defendant
　　　SILICON SPACE TECHNOLOGY
　　　CORPORATION

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I, Ryan Tyz, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of May, 2012, at Mountain View, California.

By:  /s/ Ryan Tyz
     Ryan Tyz

## [PROPOSED] ORDER

The parties' stipulation is adopted and IT IS SO ORDERED.

A Case Management Conference is set for June 26, 2012 at 10:00 a.m. A joint case management statement shall be filed no later than June 19, 2012.

Dated: May 29, 2012

*Elizabeth D. Laporte*

Honorable Elizabeth D. Laporte