RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
RYAN TYZ (CSB No. 234895)
rtyz@fenwick.com
MEREDITH L. ERDMAN (CSB No. 273126)
merdman@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

THEIS FINLEV (CSB No. 264879)
tfinlev@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
eSILICON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| eSILICON CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILICON SPACE TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 11-cv-06184-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUNE 26, 2012 CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MGMT. CONF.

Case No. 11-cv-06184-EDL

1  In support of this Stipulation, the parties state as follows:

2  WHEREAS, Plaintiff eSilicon Corporation ("eSilicon") filed the original Complaint in the
3  above-captioned case for declaratory judgment of copyrightability, copyright authorship and
4  ownership, and rights in copyrighted works on December 9, 2012 (Dkt. No. 1);

5  WHEREAS, on December 9, 2012, the Court set the Initial Case Management Conference
6  for March 20, 2012 at 3:00 p.m. (Dkt. No. 2);

7  WHEREAS, on December 29, 2012, the parties filed a stipulation extending the time for
8  Defendant Silicon Space Technology Corporation ("SST") to respond to the Complaint up to and
9  including January 30, 2012 (Dkt. No. 9);

10  WHEREAS, on January 30, 2012, SST filed a motion to dismiss the Complaint (Dkt. No.
11  16);

12  WHEREAS, on February 3, 2012, the Deputy Clerk entered a Clerk's Notice resetting the
13  Initial Case Management Conference from March 20, 2012 at 3:00 p.m. to April 10, 2012 at 9:00
14  a.m. (Dkt. No. 22);

15  WHEREAS, on February 13, 2012, eSilicon filed its opposition to SST's motion to
16  dismiss the Complaint (Dkt. No. 23);

17  WHEREAS, on February 16, 2012, the parties filed a stipulation extending SST's time to
18  file a reply in support of its motion to dismiss the Complaint up to and including February 24,
19  2012 (Dkt. No. 24), which the Court granted on February 21, 2012 (Dkt. No. 25);

20  WHEREAS, on March 9, 2012, the parties filed a stipulation to continue the April 10,
21  2012 hearing on SST's motion to dismiss and Initial Case Management Conference from April
22  10, 2012 to April 17, 2012 (Dkt. No. 29), which the Court granted on March 13, 2012 (Dkt No.
23  30);

24  WHEREAS, the parties filed their initial Joint Case Management Statement and Rule
25  26(f) Report on April 10, 2012 (Dkt. No. 36);

26  WHEREAS, the Court held a hearing on SST's motion to dismiss the Complaint on April
27  17, 2012 (Dkt. No. 37);

28

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MGMT. CONF.   2   Case No. 11-cv-06184-EDL

1  WHEREAS, on April 24, 2012, the Court granted SST's motion to dismiss the Complaint
2  with leave to amend (Dkt. No. 40);

3  WHEREAS, eSilicon filed its First Amended Complaint for copyright infringement on
4  May 18, 2012 (Dkt. No. 43);

5  WHEREAS, the parties filed a stipulation on May 25, 2012 providing that eSilicon would
6  file a Second Amended Complaint on or before June 4, 2012 (Dkt. No. 44), which the Court
7  granted on May 30, 2012 (Dkt. No. 46);

8  WHEREAS, the Case Management Conference is currently set for June 26, 2012 at 10:00
9  a.m. (Dkt. No. 46);

10 WHEREAS, pursuant to Civil L.R. 16-10(a) and Judge Laporte's Standing Order Re Case
11 Management Conference, lead trial counsel are required to attend the Case Management
12 Conference;

13 WHEREAS, lead counsel for eSilicon Rodger R. Cole will be out of town on a pre-paid
14 family vacation on June 26, 2012, and therefore is unable to attend the Case Management
15 Conference;

16 WHEREAS, the next Case Management Conference date available on the Court's
17 calendar when lead counsel for both parties are able to attend is July 31, 2012;

18 WHEREAS, in light of the unavailability of lead counsel for both parties to attend a Case
19 Management Conference until July 31, 2012, the parties have agreed that the Case Management
20 Conference should be continued until July 31, 2012;

21 NOW THEREFORE, the parties, by and through their respective counsel of record,
22 hereby stipulate as follows:

23 The Case Management Conference set for June 26, 2012 at 10:00 a.m., and all associated
24 deadlines, is continued to July 31, 2012 at 10:00 a.m or at another time convenient for the Court.
25 The parties shall file their First Amended Case Management Statement on July 24, 2012.

26 IT IS SO STIPULATED.

27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Dated: June 12, 2012                FENWICK & WEST LLP


By:      /s/ Meredith L. Erdman
              Meredith L. Erdman

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Tel:     (650) 988-8500
Fax:     (650) 938-5200

Attorneys for Plaintiff
eSILICON CORPORATION.


Dated: June 12, 2012                BUNSOW, DE MORY, SMITH & ALLISON LLP


By:      /s/ Denise De Mory
              Denise De Mory

BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Telephone: (415) 675-8889
Facsimile: (415) 675-8892

Attorneys for Defendant
SILICON SPACE TECHNOLOGY CORPORATION

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Meredith L. Erdman, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUNE 26, 2012 CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45.X.B, I hereby attest that Denise De Mory has concurred in this filing.

DATED: June 12, 2012

By: /s/ Meredith L. Erdman
MEREDITH L. ERDMAN (CSB No. 273126)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:  (650) 988-8500
Fax: (650) 938-5200
merdman@fenwick.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MGMT. CONF.

5

Case No. 11-cv-06184-EDL

# ~~[PROPOSED]~~ ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that:

1. The Case Management Conference presently scheduled for June 26, 2012 is continued to July 31, 2012, at 10:00 a.m.

2. The parties will file a Joint Case Management Conference Statement seven (7) days prior to the Case Management Conference on July 24, 2012.

Dated: June 13, 2012



Honorable Elizabeth D. Laporte