1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  RYAN TYZ (CSB No. 234895)
   rtyz@fenwick.com
3  MEREDITH L. ERDMAN (CSB No. 273126)
   merdman@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA  94041
6  Telephone:     650.988.8500
   Facsimile:      650.938.5200
7
   THEIS FINLEV (CSB No. 264879)
8  tfinlev@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:     415.875.2300
   Facsimile:      415.281.1350
11
   Attorneys for Plaintiff
12 eSILICON CORPORATION

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 eSILICON CORPORATION, a Delaware           Case No. 11-cv-06184-EDL
   Corporation,
18                                            **STIPULATION AND [PROPOSED] ORDER
                 Plaintiff,                   TO CONTINUE JUNE 26, 2012 CASE
19                                            MANAGEMENT CONFERENCE**
            v.
20
   SILICON SPACE TECHNOLOGY
21 CORPORATION, a Delaware Corporation,

22               Defendant.

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MGMT. CONF.                  Case No. 11-cv-06184-EDL

1    In support of this Stipulation, the parties state as follows:

2    WHEREAS, Plaintiff eSilicon Corporation ("eSilicon") filed the original Complaint in the

3    above-captioned case for declaratory judgment of copyrightability, copyright authorship and

4    ownership, and rights in copyrighted works on December 9, 2012 (Dkt. No. 1);

5    WHEREAS, on December 9, 2012, the Court set the Initial Case Management Conference

6    for March 20, 2012 at 3:00 p.m. (Dkt. No. 2);

7    WHEREAS, on December 29, 2012, the parties filed a stipulation extending the time for

8    Defendant Silicon Space Technology Corporation ("SST") to respond to the Complaint up to and

9    including January 30, 2012 (Dkt. No. 9);

10   WHEREAS, on January 30, 2012, SST filed a motion to dismiss the Complaint (Dkt. No.

11   16);

12   WHEREAS, on February 3, 2012, the Deputy Clerk entered a Clerk's Notice resetting the

13   Initial Case Management Conference from March 20, 2012 at 3:00 p.m. to April 10, 2012 at 9:00

14   a.m. (Dkt. No. 22);

15   WHEREAS, on February 13, 2012, eSilicon filed its opposition to SST's motion to

16   dismiss the Complaint (Dkt. No. 23);

17   WHEREAS, on February 16, 2012, the parties filed a stipulation extending SST's time to

18   file a reply in support of its motion to dismiss the Complaint up to and including February 24,

19   2012 (Dkt. No. 24), which the Court granted on February 21, 2012 (Dkt. No. 25);

20   WHEREAS, on March 9, 2012, the parties filed a stipulation to continue the April 10,

21   2012 hearing on SST's motion to dismiss and Initial Case Management Conference from April

22   10, 2012 to April 17, 2012 (Dkt. No. 29), which the Court granted on March 13, 2012 (Dkt No.

23   30);

24   WHEREAS, the parties filed their initial Joint Case Management Statement and Rule

25   26(f) Report on April 10, 2012 (Dkt. No. 36);

26   WHEREAS, the Court held a hearing on SST's motion to dismiss the Complaint on April

27   17, 2012 (Dkt. No. 37);

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1      WHEREAS, on April 24, 2012, the Court granted SST's motion to dismiss the Complaint

2  with leave to amend (Dkt. No. 40);

3      WHEREAS, eSilicon filed its First Amended Complaint for copyright infringement on

4  May 18, 2012 (Dkt. No. 43);

5      WHEREAS, the parties filed a stipulation on May 25, 2012 providing that eSilicon would

6  file a Second Amended Complaint on or before June 4, 2012 (Dkt. No. 44), which the Court

7  granted on May 30, 2012 (Dkt. No. 46);

8      WHEREAS, the Case Management Conference is currently set for June 26, 2012 at 10:00

9  a.m. (Dkt. No. 46);

10      WHEREAS, pursuant to Civil L.R. 16-10(a) and Judge Laporte's Standing Order Re Case

11  Management Conference, lead trial counsel are required to attend the Case Management

12  Conference;

13      WHEREAS, lead counsel for eSilicon Rodger R. Cole will be out of town on a pre-paid

14  family vacation on June 26, 2012, and therefore is unable to attend the Case Management

15  Conference;

16      WHEREAS, the next Case Management Conference date available on the Court's

17  calendar when lead counsel for both parties are able to attend is July 31, 2012;

18      WHEREAS, in light of the unavailability of lead counsel for both parties to attend a Case

19  Management Conference until July 31, 2012, the parties have agreed that the Case Management

20  Conference should be continued until July 31, 2012;

21      NOW THEREFORE, the parties, by and through their respective counsel of record,

22  hereby stipulate as follows:

23      The Case Management Conference set for June 26, 2012 at 10:00 a.m., and all associated

24  deadlines, is continued to July 31, 2012 at 10:00 a.m or at another time convenient for the Court.

25  The parties shall file their First Amended Case Management Statement on July 24, 2012.

26      IT IS SO STIPULATED.

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

Dated:  June 12, 2012                              FENWICK & WEST LLP

2

3                                                  By:_____/s/ Meredith L. Erdman_____
                                                           Meredith L. Erdman

4                                                  FENWICK & WEST LLP
                                                   Silicon Valley Center
5                                                  801 California Street
                                                   Mountain View, CA  94041
6                                                  Tel:     (650) 988-8500
                                                   Fax:     (650) 938-5200
7
                                                   Attorneys for Plaintiff
8                                                  eSILICON CORPORATION.

9

10   Dated:  June 12, 2012                         BUNSOW, DE MORY, SMITH & ALLISON
                                                   LLP
11

12                                                 By:_____/s/ Denise De Mory_____
                                                           Denise De Mory
13

14                                                 BUNSOW, DE MORY, SMITH & ALLISON
                                                   LLP
15                                                 55 Francisco Street, 6th Floor
                                                   San Francisco, CA 94133
16                                                 Telephone: (415) 675-8889
                                                   Facsimile: (415) 675-8892
17

18                                                 Attorneys for Defendant
                                                   SILICON SPACE TECHNOLOGY
19                                                 CORPORATION

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Meredith L. Erdman, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUNE 26, 2012 CASE MANAGEMENT CONFERENCE.**  In compliance with General Order 45.X.B, I hereby attest that Denise De Mory has concurred in this filing.


DATED: June 12, 2012                        By:   /s/ Meredith L. Erdman
                                                          MEREDITH L. ERDMAN (CSB No. 273126)
                                                          FENWICK & WEST LLP
                                                          801 California Street
                                                          Mountain View, CA 94041
                                                          Ph:    (650) 988-8500
                                                          Fax:  (650) 938-5200
                                                          merdman@fenwick.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

**~~[PROPOSED]~~ ORDER**

2        Pursuant to the foregoing stipulation, it is hereby ordered that:

3        1.        The Case Management Conference presently scheduled for June 26, 2012 is

4    continued to July 31, 2012, at 10:00 a.m.

5        2.        The parties will file a Joint Case Management Conference Statement seven (7)

6    days prior to the Case Management Conference on July 24, 2012.

7

8    Dated: _____June 13, 2012_____



9                                            Honorable Elizabeth D. Laporte

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW