DENISE M. DE MORY (SBN 168076)
ddemory@bdiplaw.com
CHRISTINA M. FINN (SBN 2478380
cfinn@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6 Floor
San Francisco, CA 94133
Telephone: +1 415 426 4747
Facsimile:  +1 415 426 47444

Attorneys for Defendant
SILICON SPACE TECHNOLOGY CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| eSILICON CORPORATION, a Delaware Corporation,<br><br>                    Plaintiff,<br>     v.<br><br>SILICON SPACE TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>                    Defendant. | Case No.  3:11-cv-06184-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING DEADLINES RE ESILICON'S MOTION FOR JUDGMENT ON THE PLEADINGS [77]** |

   IT IS HEREBY STIPULATED by and between Plaintiff eSilicon Corporation ("eSilicon") through its counsel of record and Defendant Silicon Space Technology Corporation ("SST") through its counsel of record and based upon the following facts:

   1. On August 7, eSilicon filed a Motion for Judgment on the Pleadings.  The deadline for SST to file its opposition brief was set for August 21, 2012.  The deadline for eSilicon to file its reply brief was set for August 28, 2012.  The Motion was noticed for hearing on September 18, 2012.  *See* Docket No. 77.

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING DEADLINES RE DOCKET NO. 77
CASE NO. 3:11-CV-06184-EDL
US1 32331068.1

2. On August 8, 2012, lead counsel for SST, Denise De Mory, departed for a family vacation that was recently rescheduled to avoid deadlines in other cases. Ms. De Mory returns August 20, 2012, and then will be traveling for a mediation later that same week. On August 9, 2012, SST requested the eSilicon extend the time for briefing as well as move the hearing date. e-Silicon agreed to a one week extension for SST to file an opposition.

3. On August 10, 2012, the Court reset the hearing for eSilicon's Motion for Judgment on the Pleadings to September 25, 2012. The Court did not modify the briefing deadlines. *See* Docket No. 56.

4. Due to Ms. De Mory's unavailability, counsel for eSilicon has agreed that SST shall have an additional week to file its Opposition to the Motion for Judgment on the Pleadings. The parties agree that the briefing deadlines should be modified such that the deadline for SST to file its opposition brief should be August 28, 2012, and the deadline for eSilicon to file its reply brief should be September 4, 2012.

5. Neither the parties nor the Court will be prejudiced by the proposed modification because the parties will have at least the amount of time provided by the Local Rules, and the Court will have three weeks to consider the parties' briefs prior to the hearing, which is a week more than is required under the Local Rules.

IT IS SO STIPULATED.

Dated: August 16, 2012

Respectfully submitted,

BUNSOW, DE MORY, SMITH & ALLISON LLP

By:   */s/ Denise M. De Mory*
      Denise M. De Mory

Attorneys for Defendant
SILICON SPACE TECHNOLOGY CORPORATION

2
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING DEADLINES RE DOCKET NO. 77
CASE NO. 3:11-CV-06184-EDL
US1 32331068.1

FENWICK & WEST LLP

By:     */s/ Ryan Tyz*
         Ryan Tyz

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: +1 650 988 8500
Facsimile: +1 650 938 5200

Attorneys for Plaintiff
eSILICON CORPORATION

## CERTIFICATION BY DENISE M. DE MORY PURSUANT TO GENERAL ORDER NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

I am an attorney licensed to practice law in the State of California, and am an attorney in the law firm of BUNSOW, DE MORY, SMITH & ALLISON LLP, counsel for Defendant, Silicon Space Technology Corporation. The statements herein are made on my personal knowledge, and if called as a witness, I could and would testify thereto.

The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file document with the Court. Pursuant to General Order No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of this action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on this 16th day of August, 2012.

By:     */s/ Denise M. De Mory*
         Denise M. De Mory

1

**[PROPOSED] ORDER**

2  Pursuant to the foregoing stipulation, it is hereby ordered that:

3  The deadline for SST to file its opposition brief to eSilicon's Motion for Judgment on the

4  Pleadings [77] is set to August 28, 2012.  The deadline for eSilicon to file its reply brief is set to

5  September 4, 2012.

6

7

8  Dated:  August 17, 2012

   _____
   Honorable Elizabeth D. Laporte