RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
RYAN TYZ (CSB No. 234895)
rtyz@fenwick.com
MEREDITH L. ERDMAN (CSB No. 273126)
merdman@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Plaintiff
eSILICON CORPORATION

DENISE M. DE MORY (SBN 168076)
ddemory@bdiplaw.com
CHRISTINA M. FINN (SBN 247838)
cfinn@bdiplaw.com
BUNSOW, DE MORY, SMITH, & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Telephone: (415) 675-8889
Facsimile: (415) 675-8892

Attorneys for Defendant
SILICON SPACE TECHNOLOGY
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| eSILICON CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILICON SPACE TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 3:11-CV-6184-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 27, 2012 FURTHER CASE MANAGEMENT CONFERENCE AS MODIFIED**<br>Date:        November 27, 2012<br>Time:        9:00 a.m.<br>Dept:        Courtroom E – 15th Floor<br>Judge:       Magistrate Judge Laporte<br>Trial Date:  October 7, 2012 |

STIP. AND [PROPOSED] ORDER TO
CONTINUE CASE MGMT. CONF.

Case No. 3:11-CV-6184-EDL

This Stipulation and [Proposed] Order is entered into by and between counsel for Plaintiff eSilicon Corporation ("eSilicon") and counsel for Defendant Silicon Space Technology Corporation ("SST") (collectively, the "Parties") as follows:

WHEREAS, a related action is currently pending before the District Court of Travis County, Texas, 126th Judicial District, *Silicon Space Technology Corp. v. eSilicon Corp.*, Case No. D-1-GN-11-001750 (the "Texas Action");

WHEREAS, trial in the Texas Action was formerly scheduled to begin on October 15, 2012;

WHEREAS, pursuant to the August 8, 2012 Case Management and Pretrial Order for Jury Trial (Dkt. No. 79), a further case management conference was scheduled for November 13, 2012 at 10:00 a.m.;

WHEREAS, the August 8, 2012 Case Management and Pretrial Order for Jury Trial (Dkt. No. 79) states that the parties shall file an updated joint case management conference statement no later than November 6, 2012;

WHEREAS, pursuant to the Court's October 3, 2012 Order Granting in Part With Leave to Amend Plaintiff's Motion for Judgment on the Pleadings (Dkt. No. 92), the parties are to file a joint report within a week of the conclusion of the trial in the Texas Action informing the Court of the outcome of that case and its impact on this case;

WHEREAS, on September 27, 2012, the Texas court continued the October 15, 2012 trial of the Texas Action to January 14, 2013 due to outstanding discovery issues;

WHEREAS, on October 11, 2012, eSilicon requested an additional extension of the January 14, 2013 trial date due to outstanding discovery;

WHEREAS, the Texas court denied eSilicon's request for an extension of the trial date as premature but noted that eSilicon may renew its request at a later date depending on the status of SST's document production;

WHEREAS, eSilicon may wish to renew its request for an extension of the January 14, 2013 trial in the Texas Action at a later time;

WHEREAS, on November 2, 2012, the Court reset the further case management

1 conference that was scheduled for November 13, 2012 at 10:00 a.m. to November 27, 2012, at
2 9:00 a.m., to be heard with the Motion to Dismiss (Dkt. No 95);

3       WHEREAS, the Parties have agreed that the November 27, 2012 further case
4 management conference should be continued to a later date;

5       NOW THEREFORE, the Parties, by and through their respective counsel of record,
6 hereby stipulate, subject to Court approval, as follows:

7       1.    The further case management conference currently scheduled for November 27,
8 2012 at 10:00 a.m. is continued until after the trial in the Texas Action;

9       2.    Should trial of the Texas Action take place on January 14, 2013, the Parties will
10 file a joint report within a week of the conclusion of trial informing the Court of the outcome of
11 that case and its impact on this case, and proposing a time for a further case management
12 conference;

13       3.    Alternatively, should trial of the Texas Action be rescheduled to a later date, the
14 Parties will file a joint report informing this Court of the new trial date and its impact on the
15 scheduling of this case, and proposing a time for a further case management conference.
16 IT IS SO STIPULATED.

STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MGMT. CONF.    3    Case No. 3:11-CV-6184-EDL

| | | |
|---|---|---|
| 1 | Dated: November 2, 2012 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Rodger R. Cole*<br>Rodger R. Cole |
| 4 | | FENWICK & WEST LLP |
| 5 | | Silicon Valley Center<br>801 California Street |
| 6 | | Mountain View, CA 94041<br>Tel:    (650) 988-8500 |
| 7 | | Fax:   (650) 938-5200 |
| 8 | | Attorneys for Plaintiff<br>eSILICON CORPORATION |

Dated: November 2, 2012    BUNSOW, DE MORY, SMITH & ALLISON LLP

By: */s/ Denise M. De Mory*
Denise M. De Mory

BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Telephone: (415) 675-8889
Facsimile: (415) 675-8892

Attorneys for Defendant
SILICON SPACE TECHNOLOGY CORPORATION

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Denise M. De Mory, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 27, 2012 FURTHER CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45.X.B, I hereby attest that Denise De Mory has concurred in this filing.

Dated: November 2, 2012    */s/ Denise M. De Mory*
Denise M. De Mory

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP. AND [PROPOSED] ORDER TO
CONTINUE CASE MGMT. CONF.          4          Case No. 3:11-CV-6184-EDL

1 <span style="text-decoration: line-through">[PROPOSED]</span> **ORDER AS MODIFIED**

2  Pursuant to the foregoing stipulation, it is hereby ordered that:

3  1. The Case Management Conference presently scheduled for November 27, 2012 is continued to February 12, 2013, at 10:00 a.m.

5  4. Should trial of the related matter in the District Court of Travis County, Texas, 126th Judicial District, *Silicon Space Technology Corp. v. eSilicon Corp.*, Case No. D-1-GN-11-001750 (the "Texas Action") take place on January 14, 2013, the parties shall file a joint report within a week of the conclusion of the trial informing the Court of the outcome of that case and its impact on this case<span style="text-decoration: line-through">, and proposing a time for a further case management conference</span>.

10  2. Alternatively, should the trial of the Texas Action be rescheduled to a later date, the parties shall file a joint report informing this Court of the new trial date and its impact on the scheduling of this case, and proposing a time for a further case management conference.

Dated: November 5, 2012



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MGMT. CONF.    5    Case No. 3:11-CV-6184-EDL