IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESILICON CORP, | No. C -11-06184 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| SILICON SPACE TECH, | |
| Defendant. | |

On December 4, 2012, Defendant filed a motion for summary judgment on the theory of implied license, which is set for hearing on January 9, 2013. On December 19, 2012, Plaintiff filed an opposition to Defendant's motion for summary judgment, and also filed a separate cross-motion for summary judgment on the implied license theory. In an effort to avoid duplicative and cumulative briefing on the cross-motions, the Court modifies the remaining briefing schedule for the cross-motions as follows. Pursuant to the Court's December 19, 2012 Order following the parties' stipulation, Defendant's reply shall be filed no later than December 27, 2012. If Plaintiff wishes to file a sur-reply following the filing of Defendant's reply, it may do so no later than January 3, 2013. There shall be no further briefing on the implied license theory in connection with the cross-motions for summary judgment. The hearing on the cross-motions for summary judgment is continued to January 15, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 20, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge