DENISE M. DE MORY (SBN 168076)
ddemory@bdiplaw.com
CHRISTINA M. FINN (SBN 247838)
cfinn@bdiplaw.com
JEFFREY D. CHEN (SBN 267837)
jchen@bdiplaw.com
BUNSOW, DE MORY, SMITH, & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA  94133
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744

R. James George, Jr. (*pro hac vice*)
rjgeorge@georgeandbrothers.com
GEORGE, BROTHERS, KINCAID & HORTON, LLP
1100 Norwood Tower
114 W 7th Street, Suite 1100
Austin, Texas 78701

Attorneys for Defendant
SILICON SPACE TECHNOLOGY
CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| eSILICON CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SILICON SPACE TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　　Defendant. | Case No.  3:11-cv-06184-EDL<br><br>**[PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT HEARING PENDING SETTLEMENT DISCUSSIONS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge:  Hon. Elizabeth D. Laporte<br>Date:  January 15, 2013<br>Courtroom:  E -15th Floor<br>Time:  9:00 a.m. |

1   The hearing currently set for Tuesday, January 15, 2013 is continued to Tuesday, February 12
2   2013 at 9:00 a.m.  All other activity in this case is stayed until after the February 12, 2013, hearing.
3   IT SO ORDERED.

4

5   Dated: January 14, 2013

6
7   _____
    ELIZABETH D. LAPORTE
    UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28